AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  Massachusetts

**APPEARANCE**

Case Number: MJ04-M-273JLA

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  defendant Michael Cueno

I certify that I am admitted to practice in this court.

Date  11/18/04

Signature: _(signed)_

Print Name: Robert Sheketoff        Bar Number: 457340

Address: One McKinley Sq.

City: Boston    State: MA    Zip Code: 02109

Phone Number: 617-367-3449    Fax Number: 617-723-1710