UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | MJ Criminal No.  04-273-JLA |
| | ) | |
| | ) | |
| MICHAEL CUGNO | ) | |

**MOTION RE: BAIL**

Now comes the defendant Michael Cugno and respectfully moves this Honorable Court to order returned to the surety the ten thousand dollars posted temporarily as bail pending the filing of appropriate the paperwork and equity in his sister's home as collateral for his appearance bond.  In support thereof the defendant says that he has now filed with the Clerk the appropriate paperwork and has posted said home with over one hundred thousand dollars in equity.  The government does not consent to this motion.

Respectfully submitted,
By his attorney,


Robert Sheketoff
BBO# 457340
One McKinley Square
Boston, MA 02119
(617)-367-3449